UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOD TIMES BARBERSHOP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC., et al.,<br><br>Defendants. | Case No.: 20-cv-01403-MMA-JLB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE OCTOBER 19, 2020 HEARING DATE AND STAY DEADLINES FOR FURTHER BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**<br><br>[Doc. No. 18] |

Pending before the Court are three motions to dismiss: two filed by Sentinel Insurance Company, Ltd. and one by The Hartford Financial Services Group, Inc. *See* Doc. Nos. 9, 10, and 12. All are currently set for hearing on October 19, 2020. According to the parties, however, the Judicial Panel on Multidistrict Litigation (the "JPML") is deciding whether to transfer this action for consolidation under 28 U.S.C. § 1407. Consequently, they seek to continue the hearing date and stay all

1  remaining briefing until after the JPML reaches a decision.  Having reviewed the
2  joint motion, good cause appearing, the Court **GRANTS** the joint motion and
3  **VACATES** the previously scheduled hearing date.  The parties are **DIRECTED** to
4  notify the Court of the JPML's decision within five (5) business days by filing a
5  joint status report.  At that time the Court will issue an updated briefing schedule
6  and reset the motions for hearing if appropriate.

**IT IS SO ORDERED.**

DATED:  September 30, 2020

_____
HON. MICHAEL M. ANELLO
United States District Judge