# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOD TIMES BARBERSHOP, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE HARTFORD FINANCIAL SERVICES GROUP, INC. et al., <br><br> Defendants. | Case No.: 20-cv-01403-MMA (JLB) <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> [Doc. No. 22] |

On October 29, 2020, the parties filed a joint motion to voluntarily dismiss the action without prejudice. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety without prejudice. The Court **DIRECTS** the Clerk of Court to terminate all pending motions and deadlines and close this case.

**IT IS SO ORDERED.**

Dated: October 29, 2020

_____

HON. MICHAEL M. ANELLO
United States District Judge